IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHN WESLEY KUNKEL, JR.,
Individually and On Behalf of Others
Similarly Situated                                                               PLAINTIFF

v.                              No. 4:21-cv-649-DPM

LEAFFILTER NORTH LLC                                                      DEFENDANT

### ORDER

The joint motion, *Doc. 23*, is granted. The proposed settlement is fair, reasonable, and adequate. *Lynn's Good Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Barbee v. Big River Steel*, LLC, 927 F.3d 1024, 1027 (8th Cir. 2019); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). It reflects a good-faith compromise of a *bona fide* wage-and-hour dispute. And the attorney's fee, though allocated in the settlement agreement, was negotiated separately. The Court notes that Leaffilter North LLC has not signed the agreement. It must do so by 15 April 2022. The Court will dismiss the complaint with prejudice and retain jurisdiction for a time to enforce the settlement.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

28 March 2022