IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHN WESLEY KUNKEL, JR.,
Individually and On Behalf of Others
Similarly Situated                                                                    PLAINTIFF

v.                               No. 4:21-cv-649-DPM

LEAFFILTER NORTH LLC                                                          DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 6 June 2022 to enforce the parties' settlement.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 March 2022